**557**

Raymond Ludwig **FROST**,
Plaintiff–Appellant,

v.

John Fife **SYMINGTON**, III; et
al., Defendants–Appellees.

No. 01–16054.

D.C. No. CV–96–00346.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002 *.

Decided March 20, 2002.

Before CANBY, BEEZER and PAEZ,
Circuit Judges.

MEMORANDUM **

Raymond Ludwig Frost, an Arizona
state prisoner, appeals pro se the district
court's summary judgment for defendants
in his 42 U.S.C. § 1983 action alleging
deprivation of due process in violation of
the Fourteenth Amendment. We have
jurisdiction pursuant to 28 U.S.C. § 1291.
We review de novo, *Frost v. Symington*,
197 F.3d 348, 353 (9th Cir.1999), and af-
firm.

With respect to his claim that he did not
receive notice when pornographic maga-
zines were held, we agree with the district
court that Frost failed to identify defen-
dants who personally participated in the
alleged constitutional violation. *See Tay-
lor v. List*, 880 F.2d 1040, 1045 (9th Cir.

1989); *Johnson v. Duffy*, 588 F.2d 740, 743
(9th Cir.1978). We also agree with the
district court's analysis that the "law of the
case" doctrine did not preclude it from
addressing this issue. *See United States
v. Cote*, 51 F.3d 178, 181 (9th Cir.1995).

With respect to his claim that he did not
receive notice when compact discs were
returned to Bertelsmann Music Group, we
agree with the district court that Frost
had an adequate post-deprivation remedy
available to him to address the problem in
the specific circumstances of this situation.
*See Barnett v. Centoni*, 31 F.3d 813, 816–
17 (9th Cir.1994) (per curiam).

We have considered Frost's contentions
regarding equitable relief and monetary
damages and, because we have resolved
the merits of the appeal in favor of defen-
dants, we reject these contentions.

AFFIRMED.

Walter **MICHAEL**, Plaintiff—
Appellant,

v.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

Jo Anne BARNHART, Commissioner,*
Defendant—Appellee.

No. 00–16641.

D.C. No. CV–99–03936–CRB.

United States Court of Appeals,
Ninth Circuit.

Submitted March 15, 2002.**

Decided March 21, 2002.

Before RYMER, KLEINFELD, and
McKEOWN, Circuit Judges.

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

